1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

15
16
17
18

KIRK JOHNSON, an individual; GINA JOHNSON, an individual; JOHNSON DEVELOPMENT LLC, a Nevada limited liability company,

        Plaintiffs,

19 v.

20
21
22
23
24
25
26

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMS 2006-AA6 AND 2006-AA7, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, and DOES I through X, inclusive,

        Defendants.

27
28

Case No.: 3:19-cv-00131-HDM-CLB

ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE (FRCP 41(a)(ii))

1

55044679;1

COME NOW, Plaintiffs Kirk and Gina Johnson and Johnson Development, LLC (hereinafter, "Johnson"), and Defendant Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-through Certificates Series FHAMS 2006-AA6 and 2006-AA7, by First Horizon Home Loans, a Division of First Tennessee Bank National Association, Master Servicer, in its Capacity as Agent for the Trustee under the Pooling and Servicing Agreement (hereinafter, "BoNYM"), by and through their attorneys of record, and hereby stipulate and agree to dismiss the above action with prejudice pursuant to FRCP 41(A)(ii).

DATED October 15, 2020.

| THE LAW FIRM LLC | AKERMAN LLP |
|---|---|
| */s/ Kelly R. Chase*<br>KELLY R. CHASE<br>Nevada State Bar # 937<br>P.O. Box 2800<br>Minden NV 89423<br><br>*Attorney for Plaintiffs* | */s/ Melanie Morgan*<br>MELANIE MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Defendant The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-AA6 and 2006-AA7, by First Horizon Home Loans, a Division of First Tennessee Bank National Association, Master Servicer, in its Capacity as Agent for the Trustee Under the Pooling and Servicing Agreement* |

**IT IS SO ORDERED**

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE
Case No.: 3:19-cv-00131-HDM-CLB

Dated: October 16, 2020.

2

55044679;1